# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNY SHEPARD, individually and as Co-Administrator of the Estate of JESSICA L. SHEPARD, deceased, and WALTER I. LEBERSKI, as Co-Administrator of the Estate of JESSICA L. SHEPARD, deceased, DENNY SHEPARD as the guardian of ODESSA and CHELSEA SHEPARD, minors,<br><br>        Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, TRW AUTOMOTIVE INC., TRW, INC., and TRW VEHICLE SAFETY SYSTEMS, INC.,<br><br>        Defendants. | 3:09-CV-0196-ECR (RAM)<br><br>**REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

This Report and Recommendation is made to the Honorable Edward C. Reed, Jr., Senior United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

On September 17, 2009, Defendant Ford Motor Company filed a Motion for Determination of Good Faith Settlement (Doc. #35). There has been no opposition.

LR 7-2(d) provides that "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

///

///

Because there has been no opposition to Defendant Ford Motor Company's Motion for Determination of Good Faith Settlement (Doc. #35), the Motion should be granted.

### **RECOMMENDATION**

**IT IS THEREFORE RECOMMENDED** that the District Judge enter an order **GRANTING** Defendant Ford Motor Company's Motion for Determination of Good Faith Settlement (Doc. #35).

DATED:   October 13, 2009.

_____
UNITED STATES MAGISTRATE JUDGE