```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                           RENO, NEVADA
```

```
DENNY SHEPARD, individually and as )    3:09-CV-00196-ECR-RAM
Co-Administrator of the Estate of  )
JESSICA L. SHEPARD, deceased, and  )    MINUTES OF THE COURT
WALTER I. LEBERSKI, as Co-         )
Administrator of the Estate of     )    DATE: November 17, 2009
JESSICA L. SHEPARD, deceased       )
DENNY SHEPARD as the guardian of   )
ODESSA and CHELSEA SHEPARD, minors,)
                                   )
     Plaintiffs,                   )
                                   )
vs.                                )
                                   )
FORD MOTOR COMPANY, TRW AUTOMOTIVE )
INC., TRW, INC., and TRW VEHICLE   )
SAFETY SYSTEMS, INC.,              )
                                   )
     Defendants.                   )
                                   )
_____)
```

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN        Reporter:    NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On October 13, 2009, the Magistrate Judge filed a Report and Recommendation (#44) recommending that Defendant Ford Motor Company's Motion for Determination of Good Faith Settlement (#35) be granted.

    No objections have been filed to the Report and Recommendation (#44).

    **IT IS HEREBY ORDERED** that the Report and Recommendation (#44) is well taken and it is **APPROVED** and **ADOPTED** by the Court.

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendant Ford Motor Company's Motion for Determination of Good Faith Settlement (#35) is **GRANTED**.

     This action has previously been dismissed as to Defendant TRW, Inc. by our Order (#45), filed on October 23, 2009.

     A telephone status conference is set for Friday, December 11, 2009, at 10:00 a.m., to determine the further proceedings in this case.  It appears that the case has been dismissed as to all defendants except TRW Automotive Inc. and TRW Vehicle Safety Systems, Inc.  In the event the action is dismissed as to the remaining defendants prior to the status conference, the status conference will be vacated.

```
                                        LANCE S. WILSON, CLERK

                                        By       /s/
                                             Deputy Clerk
```