1  Vaughn A. Crawford
   Nevada Bar No. 7665
2  Jay J. Schuttert
   Nevada Bar No. 8656
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7
                    UNITED STATES DISTRICT COURT
8
                         DISTRICT OF NEVADA
9

10 DENNY SHEPARD, individually and as Co-      CASE NO. 3:09-cv-00196-ECR-RAM
   Administrator of the Estate of JESSICA L.
   SHEPARD, deceased, and WALTER I.
11 LEBERSKI, as Co-Administrator of the Estate
   of JESSICA L. SHEPARD, deceased, DENNY    STIPULATION AND ORDER FOR
12 SHEPARD as the guardian of ODESSA and     DISMISSAL OF DEFENDANT FORD
   CHELSEA SHEPARD, minors,                  MOTOR COMPANY
13
                   Plaintiffs,
14
   vs.
15
   FORD MOTOR COMPANY, TRW
16 AUTOMOTIVE INC., TRW, INC., and TRW
   VEHICLE SAFETY SYSTEMS, INC.,
17
                   Defendants.
18

19     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant

20 FORD MOTOR COMPANY, by and through their respective counsel of record, that Ford Motor

21 Company be dismissed with prejudice from the above matter with each party to bear their own

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

11015050

costs and attorneys fees.

DATED this \_6\_ day of January, 2010.

    SNELL & WILMER L.L.P.

By: /s/ signature
    Vaughn A. Crawford, Esq.
    Jay J. Schuttert, Esq.
    3883 Howard Hughes Pkwy., Ste 1100
    Las Vegas, NV 89169
    Attorneys for Defendant
    FORD MOTOR COMPANY

DATED this 6th day of January, 2010.

    WEINSTEIN TIPPETTS
     & LITTLE LLP

By: /s/ Katheryne MarDock
    David R. Tippetts, Esq. *(Pro Hac Vice)*
    Katheryne MarDock, Esq. *(Pro Hac Vice)*
    7660 Woodway, Suite 500
    Houston, TX 77063

    Wayne A. Shaffer, Esq.
    LAXALT & NOMURA, LTD.
    9600 Gateway Drive
    Reno, NV 89521
    Attorneys for Defendants
    TRW AUTOMOTIVE INC. and TRW
    VEHICLE SAFETY SYSTEMS, INC

DATED this 6th day of January, 2010.

    GOICOECHEA, DI GRAZIA, COYLE
     & STANTON, LTD.

By: /s/ Thomas J. Coyle, Jr.
    Thomas J. Coyle, Jr., Esq.
    530 Idaho Street
    P.O. Box 1358
    Elko, NV 89801

    C. Tab Turner, Esq. *(Pro Hac Vice)*
    TURNER & ASSOCIATES, P.A.
    4705 Somers Avenue, Suite 100
    North Little Rock, AR 72116
    Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED this _____ day of January, 2010.

_____
U.S. DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Vaughn A. Crawford, Nevada Bar No. 7665
Jay J. Schuttert, Nevada Bar No. 8656
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Attorneys for Defendant
FORD MOTOR COMPANY

11015050

- 2 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT FORD MOTOR COMPANY** by electronic service (via Case Management/Electronic Case Filing) to the following:

Thomas J. Coyle, Jr., Esq.
**GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.**
530 Idaho Street
P.O. Box 1358
Elko, NV 89801
tcoyle@frontiernet.net
Attorneys for Plaintiffs

C. Tab Turner, Esq. *(Pro Hac Vice)*
**TURNER & ASSOCIATES, P.A.**
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
tab@tturner.com
Attorneys for Plaintiffs

Wayne A. Shaffer, Esq.
**LAXALT & NOMURA, LTD.**
9600 Gateway Drive
Reno, NV 89521
wshaffer@laxalt-nomura.com
Attorneys for Defendants
TRW AUTOMOTIVE INC. and TRW
VEHICLE SAFETY SYSTEMS, INC.

David R. Tippetts, Esq. *(Pro Hac Vice)*
Katheryne R. MarDock, Esq. *(Pro Hac Vice)*
**WEINSTEIN TIPPETTS & LITTLE LLP**
7660 Woodway, Suite 500
Houston, TX 77063
david.tippetts@wtllaw.com
katheryne.mardock@wtllaw.com
Attorneys for Defendants
TRW AUTOMOTIVE INC. and TRW
VEHICLE SAFETY SYSTEMS, INC.

DATED this 6th day of January, 2010.

*/s/ Tonya C. Stephenson*
An Employee of Snell & Wilmer L.L.P.