Vaughn A. Crawford
Nevada Bar No. 7665
Jay J. Schuttert
Nevada Bar No. 8656
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNY SHEPARD, individually and as Co-Administrator of the Estate of JESSICA L. SHEPARD, deceased, and WALTER I. LEBERSKI, as Co-Administrator of the Estate of JESSICA L. SHEPARD, deceased, DENNY SHEPARD as the guardian of ODESSA and CHELSEA SHEPARD, minors,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, TRW AUTOMOTIVE INC., TRW, INC., and TRW VEHICLE SAFETY SYSTEMS, INC.,<br><br>Defendants. | CASE NO. 3:09-cv-00196-ECR-RAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT FORD MOTOR COMPANY** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant FORD MOTOR COMPANY, by and through their respective counsel of record, that Ford Motor Company be dismissed with prejudice from the above matter with each party to bear their own

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

11015050

costs and attorneys fees.

DATED this 6 day of January, 2010.

SNELL & WILMER L.L.P.

By: _____
Vaughn A. Crawford, Esq.
Jay J. Schuttert, Esq.
3883 Howard Hughes Pkwy., Ste 1100
Las Vegas, NV 89169
Attorneys for Defendant
FORD MOTOR COMPANY

DATED this 6th day of January, 2010.

GOICOECHEA, DI GRAZIA, COYLE
& STANTON, LTD.

By: /s/ Thomas J. Coyle, Jr.
Thomas J. Coyle, Jr., Esq.
530 Idaho Street
P.O. Box 1358
Elko, NV 89801

C. Tab Turner, Esq. *(Pro Hac Vice)*
TURNER & ASSOCIATES, P.A.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Attorneys for Plaintiffs

DATED this 6th day of January, 2010.

WEINSTEIN TIPPETTS
 & LITTLE LLP

By: /s/ Katheryne MarDock
David R. Tippetts, Esq. *(Pro Hac Vice)*
Katheryne MarDock, Esq. *(Pro Hac Vice)*
7660 Woodway, Suite 500
Houston, TX 77063

Wayne A. Shaffer, Esq.
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, NV 89521
Attorneys for Defendants
TRW AUTOMOTIVE INC. and TRW
VEHICLE SAFETY SYSTEMS, INC

## ORDER

IT IS SO ORDERED this __7th__ day of January, 2010.

_Edward C. Reed_
U.S. DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Vaughn A. Crawford, Nevada Bar No. 7665
Jay J. Schuttert, Nevada Bar No. 8656
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Attorneys for Defendant
FORD MOTOR COMPANY

11015050