1  DAVID TIPPETTS
   Texas Bar No. 20065250
2  Admitted *pro hac vice*
   KATHERYNE MARDOCK
3  Texas Bar No. 24052128
   WEINSTEIN TIPPETTS & LITTLE LLP
4  Admitted *pro hac vice*
   7660 Woodway, Suite 500
5  Houston, Texas 77063
   (713) 244-0800
6

7  Attorneys for Defendant TRW Vehicle
   Safety Systems Inc. and TRW Automotive Inc.
8  (an incorrectly named party)

9

10                UNITED STATES DISTRICT COURT
                      DISTRICT OF NEVADA
11

12 DENNY SHEPARD, individually and as Co-     §
   Administrator of the Estate of JESSICA L.  §
13 SHEPARD, deceased, and WALTER I.           §
   LEBERSKI, as Co-Administrator of the       §   Case No. 3:09-cv-196-ECR-RAM
14 Estate of JESSICA L. SHEPARD, deceased,    §
   DENNY SHEPARD as the guardian of           §
15 ODESSA and CHELSEA SHEPARD,                §   **STIPULATION AND ORDER FOR**
   minors,                                    §   **DISMISSAL OF DEFENDANTS TRW**
16                                            §   **AUTOMOTIVE (AN INCORRECTLY**
        Plaintiffs,                           §   **NAMED PARTY), TRW, INC. (AN**
17                                            §   **INCORRECTLY NAMED PARTY),**
                                              §   **AND TRW VEHICLE SAFETY**
18 vs.                                        §   **SYSTEMS INC.**
                                              §
19 TRW AUTOMOTIVE, TRW INC., and              §
   TRW VEHICLE SAFETY SYSTEMS INC.            §
20                                            §
                                              §
21      Defendants.                           §

22

23     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Denny

24 Shepard, individually and as Co-Administrator of the Estate of Jessica L. Shepard, deceased,

25 and Walter I. Leberski, as Co-Administrator of the Estate of Jessica L. Shepard, deceased, and

26 Denny Shepard as the guardian of Odessa and Chelsea Shepard, minors, and Defendants TRW

27 Vehicle Safety Systems Inc., TRW, Inc. (an incorrectly named party), and TRW Automotive

28

ND: 4825-1402-5222, v. 1

(an incorrectly named party), by and through their respective counsel of record, that Defendants TRW Vehicle Safety Systems Inc., TRW, Inc., and TRW Automotive and this above-entitled action be dismissed with prejudice with each party to bear their own costs and attorneys fees.

Dated this 19th day of July, 2010.

| WEINSTEIN TIPPETTS & LITTLE LLP | GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD. |
|---|---|
| By:/s/ David R. Tippetts<br>   DAVID TIPPETTS<br>   Texas Bar No. 20065250<br>   Admitted *pro hac vice*<br>   KATHERYNE MARDOCK<br>   Texas Bar No. 24052128<br>   Admitted *pro hac vice*<br>   7660 Woodway, Suite 500<br>   Houston, Texas 77063 | By:  /s/ Jerry White<br>   THOMAS J. COYLE JR.<br>   Nevada Bar No. 4033<br>   530 Idaho Street<br>   Elko, NV 89801<br>   Attorneys for Plaintiffs<br><br>   Jerry White<br>   TURNER & ASSOCIATES<br>   4705 Somers Ave, Ste 100<br>   North Little Rock, AR 72116 |

OF COUNSEL:
LAXALT & NOMURA LTD.
WAYNE A. SHAFFER, ESQ.
Nevada Bar No. 1519
9600 Gateway Drive
Reno, Nevada 89521

**Attorneys for Defendants TRW Vehicle Safety Systems Inc., TRW, Inc. (an incorrectly named party) and TRW Automotive (an incorrectly named party)**

**Attorneys for Plaintiffs**

### ORDER

IT IS SO ORDERED**:**

_____
UNITED STATES DISTRICT JUDGE

DATED:_____

ND: 4825-1402-5222, v.  1

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this date served the above and foregoing on:

Thomas J. Coyle, Jr.
David M. Stanton
Coicoechea DiGrazia Coyle & Stanton
530 Idaho Street
Elko, Nevada 89801

C. Tab Turner
Jerry White
Turner & Associates, P.A.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116

By electronic service via the Court's CM/ECF system and via fax, on this 19th day of July, 2010.

/s/ David R. Tippetts

ND: 4825-1402-5222, v. 1