```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | |
|---|---|
| DENNY SHEPARD, individually and as ) <br> Co-Administrator of the Estate of ) <br> JESSICA L. SHEPARD, deceased, and ) <br> WALTER I. LEBERSKI, as Co- ) <br> Administrator of the Estate of ) <br> JESSICA L. SHEPARD, deceased ) <br> DENNY SHEPARD as the guardian of ) <br> ODESSA and CHELSEA SHEPARD, minors,) <br>                                  ) <br>      Plaintiffs,                 ) <br>                                  ) <br> vs.                              ) <br>                                  ) <br> FORD MOTOR COMPANY, TRW AUTOMOTIVE ) <br> INC., TRW, INC., and TRW VEHICLE ) <br> SAFETY SYSTEMS, INC.,            ) <br>                                  ) <br>      Defendants.                 ) <br>                                  ) <br>_____) | 3:09-CV-00196-ECR-RAM <br><br> MINUTES OF THE COURT <br><br> DATE: July 20, 2010 |

PRESENT:    EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN          Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING


<u>MINUTE ORDER IN CHAMBERS</u>

   **IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice as to all defendants.

   The Clerk shall enter judgment accordingly.

                                          LANCE S. WILSON, CLERK

                                          By        /s/
                                               Deputy Clerk