AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____ DISTRICT OF   NEVADA

DENNY SHEPARD, individually and as Co-Administrator of the Estate of JESSICA L. SHEPARD, deceased, and WALTER I. LEBERSKI, as Co-Administrator of the Estate of Jessica l. Shepard, deceased DENNY SHEPARD as the guardian of ODESSA and CHELSEA SHEPARD, minors,

      Plaintiffs,

V.

FORD MOTOR COMPANY, TRW AUTOMOTIVE INC., TRW, INC., and TRW VEHICLE SAFETY SYSTEMS, INC.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:09-CV-00196-ECR-RAM**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice as to all defendants.

  July 21, 2010                                          **LANCE S. WILSON**
                                                                             Clerk

                                                                            /s/ D. R. Morgan
                                                                           Deputy Clerk